UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

ISLANDE PIERRE

        CASE NO. 18-17473-JKO
        CHAPTER 13

Debtor(s).
_____/

## CREDITOR'S MOTION TO COMPEL COMPLIANCE WITH MORTGAGE MODIFICATION MEDIATION ORDER [DE-17]
### 6901 SW 24TH CT, MIRAMAR, FL 33023

Creditor, MTGLQ INVESTORS, LP, by and through its undersigned attorney, files its Motion to Compel Compliance with the Mortgage Modification Mediation Order [DE-17] and as grounds thereto states as follows:

1. The Debtor, ISLANDE PIERRE, filed a Chapter 13 Bankruptcy Petition in the Southern District of Florida on June 21, 2018.

2. The Debtor filed the Ex Parte Verified Motion for Referral to Mortgage Modification Mediation [DE-14] on July 12, 2019.

3. Debtor filed a Chapter 13 Plan [DE-15] on July 12, 2018 with adequate protection payments of $1,328.35.

4. The Court entered the Order Granting Verified Motion for Referral to Mortgage Modification [DE-17] on July 13, 2019.

5. The Proof of Claim No. 5-1 filed by Creditor on September 21, 2018 reflects total arrears due under its mortgage of $49,366.65 and total secured amount of $328,593.06. Pursuant to the Proof of Claim, on-going payments are $1,151.50.

6. The Debtor filed the First Amended Plan [DE-33] on October 3, 2018 with adequate protection payments in the amount of $1,328.35.

7. The Debtor filed the Second Amended Plan [DE-48] on November 9, 2018 with adequate protection payments in the amount of $1,328.35.

8. The Notice of Selection of Mortgage Modification Mediation was filed on November 20, 2018 [DE-50].

1000003322

9. The Creditor assigned the mediation in the DMM Portal to the undersigned attorney on November 27, 2018.
10. The Court entered the Order Confirming Chapter 13 Plan [DE-52] on December 20, 2018.
11. Mortgage Modification Mediation was set for January 30, 2019 at 3:00PM and continued due to missing documents.
12. Multiple attempts from February 2019 to April 2019 were submitted to the DMM Portal to request current paystubs and one month current bank statements to complete the underwriting review for mortgage modification without response.
13. Creditor requests the Court to compel the Debtor to complete the Mortgage Modification Mediation process and hold a medication conference or have the mediation declared an impass.

WHEREFORE, Creditor moves the Court to compel the Debtor to complete the Mortgage Modification Mediation process and hold a medication conference.

> EXL Legal, PLLC
> Email Address: bk@exllegal.com
> 12425 28th Street North, Suite 200
> St. Petersburg, FL 33716
> Telephone No. (727) 536-4911
> Attorney for the Movant
>
> By:  */s/ Alejandro G. Martinez-Maldonado*
> Alejandro G. Martinez-Maldonado
> FL BAR # 108112

1000003322

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1.

      I FURTHER CERTIFY that a true and correct copy of the foregoing was furnished on June 10, 2019, by U.S. Mail and/or electronic mail via CM/ECF to:

DAVID C SAVITT
20801 BISCAYNE BLVD # 506
AVENTURA, FL 33180

ROBIN R. WEINER, TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE
SUITE 1204
MIAMI, FL 33130

      The parties identified below were served on June 10, 2019 by U.S. Mail.

ISLANDE PIERRE
6901 SW 24TH CT
MIRAMAR, FL 33023-3732

                                    EXL Legal, PLLC
                                    Email Address: bk@exllegal.com
                                    12425 28th Street North, Suite 200
                                    St. Petersburg, FL 33716
                                    Telephone No. (727) 536-4911
                                    Attorney for the Movant

                                    By:  */s/ Alejandro G. Martinez-Maldonado*
                                    Alejandro G. Martinez-Maldonado
                                    FL BAR # 108112

1000003322