UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:
ISLANDE PIERRE

                                    CASE NO. 18-17473-JKO
                                    CHAPTER 13

    Debtor(s).
_____/

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH THE MORTGAGE MODIFICATION MEDIATION ORDER FILED BY MTGLQ INVESTORS, LP**

    Comes now the Movant, MTGLQ INVESTORS, LP by and through its undersigned attorney, and pursuant to all applicable bankruptcy laws and rules, and respectfully notices this Court that its Motion to Compel Compliance with the Mortgage Modification Mediation Order, filed with this Court on June 10, 2019, with Docket No. 57, is hereby withdrawn.

                                      EXL Legal, PLLC
                                      Email Address: bk@exllegal.com
                                      12425 28th Street North, Suite 200
                                      St. Petersburg, FL 33716
                                      Telephone No. (727) 536-4911
                                      Attorney for the Movant

                                        By:  */s/ Alejandro G. Martinez-Maldonado*
                                      Alejandro G. Martinez-Maldonado
                                      FL BAR # 108112

1000003322

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1.

    I FURTHER CERTIFY that a true and correct copy of the foregoing was furnished on July 24, 2019, by U.S. Mail and/or electronic mail via CM/ECF to:

DAVID C SAVITT
20801 BISCAYNE BLVD # 506
AVENTURA, FL 33180

ROBIN R. WEINER, TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE
SUITE 1204
MIAMI, FL 33130

    The parties identified below were served on July 24, 2019 by U.S. Mail.

ISLANDE PIERRE
6901 SW 24TH CT
MIRAMAR, FL 33023-3732

EXL Legal, PLLC
Email Address: bk@exllegal.com
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Attorney for the Movant

By:  */s/ Alejandro G. Martinez-Maldonado*
Alejandro G. Martinez-Maldonado
FL BAR # 108112

1000003322